# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**ROBERT LEE HINSON, JR,**

    *Plaintiff,*

v.                                          **CASE NO. 1:16-cv-00307-MP-GRJ**

**JULIE L JONES, ET AL.,**

    *Defendants.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 22, 2016. ECF No. 3. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 6. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. As to Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, ECF No. 5, and Motion for Certificate of Appealability, ECF No. 7, the Court finds that both motions are due to be denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g) three-strikes bar.

3. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, ECF No. 5, is **DENIED.**

4. Plaintiff's Motion for Certificate of Appealability, ECF No. 7, is **DENIED.**

   **SO ORDERED on October 5, 2016.**

<span style="margin-left:3em">s/Mark E. Walker          
**United States District Judge**</span>